```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
HEATHERLYN FRANCIS                    :
        Plaintiff,                    :           CONSOLIDATION ORDER
                                      :
    -against-                         :
                                      :
U.S. FUND FOR UNICEF et al.           :           03 Civ. 9721 (HB)
                                      :
        Defendants.                   :
------------------------------------------------x
HEATHERLYN FRANCIS                    :
        Plaintiff,                    :
                                      :
    -against-                         :
                                      :
                                      :           07 Civ. 7388 (HB)
                                      :
U.S. FUND FOR UNICEF et al.           :
                                      :
        Defendants.                   :
------------------------------------------------x
```

**Hon. Harold Baer, Jr., District Judge**

    WHEREAS, the plaintiff in Heatherlyn Francis v. U.S. Fund for UNICEF et al., 07-Civ.-07388, filed a Complaint on August 20, 2007, as related to Heatherlyn Francis v. U.S. Fund for UNICEF et al., 03-Civ.-09721; and

    WHEREAS, the causes of action in both Complaints are related; it is hereby

    ORDERED that the above captioned cases are hereby consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a); and it is further

    ORDERED that Heatherlyn Francis v. U.S. Fund for UNICEF et al., 03-Civ.-09721, is designated the lead case in this consolidated action; and it is further

    ORDERED that the parties appear for a pretrial conference in chambers on Wednesday, October 10th, 2007 at 1:30 p.m.; and it is further

    ORDERED that, pursuant to Fed. R. Civ. P. 42(a), the Clerk of the Court is directed to remove Heatherlyn Francis v. U.S. Fund for UNICEF et al., 07-Civ.-07388, from my docket as a separate case.

SO ORDERED.
September __, 2007
New York, New York

_____
U.S.D.J.

1